UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **PAMELA WARD**  )<br>  )<br>     Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**HEATHER McDONALD**  )<br>  )<br>     Defendant.  ) | Civil Action No. WMN-02-1554 |

**ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE AN AMENDED ANSWER TO COUNTERCLAIM**

THIS MATTER having been brought before the Court on the motion of Plaintiff, Pamela Ward, by and through her undersigned counsel, pursuant to Local Rule 103 and Federal Rules of Civil Procedure 15 for an Order granting Plaintiff leave to file an Amended Answer to Counterclaim, in the form annexed to Plaintiff's Notice of Motion; and the Court having considered the papers submitted, and for good cause shown,

IT IS on this __14th__ day of __November__, 2002,

ORDERED that Plaintiff's motion be and hereby is GRANTED.

_____
William M. Nickerson
Senior United States District Judge