UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **PAMELA WARD** ) | Hon. William M. Nickerson, U.S.D.J. |
| ) | Hon. James K. Bredar, U.S.M.J. |
| Plaintiff, ) | |
| ) | Civil Action No. WMN-02-1554 |
| v. ) | |
| ) | |
| **HEATHER McDONALD** ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S BILL OF COSTS

The Plaintiff, Pamela Ward, by and through her undersigned counsel, hereby files this Bill of Costs in response to the Order dated February 11, 2003, which granted Plaintiffs' Motion to Compel Defendant to Respond to Plaintiff's Discovery Requests and Request for Attorneys' Fees.

As set forth in detail in the accompanying Declaration of Andrew C. Aitken, Esq. in Support of Plaintiff's Bill of Costs, Plaintiff's reasonable costs and fees incurred in filing the above-mentioned motion were $2798.87.

Respectfully submitted,

_____
Andrew C. Aitken (Trial Bar No. 06413)
Shannon M. Bloodworth
Venable, Baetjer, Howard & Civiletti, LLP
1201 New York Ave., N.W., Suite 1000
Washington, D.C.  20005-3917
202-962-4800

Date:   March 20, 2003