UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **PAMELA WARD** ) | Hon. William M. Nickerson, U.S.D.J. |
| ) | Hon. James K. Bredar, U.S.M.J. |
| Plaintiff, ) | |
| ) | Civil Action No. WMN-02-1554 |
| v. ) | |
| ) | |
| **HEATHER McDONALD** ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF ANDREW C. AITKEN, ESQ.
### IN SUPPORT OF PLAINTIFF'S BILL OF COSTS

I, Andrew C. Aitken, DECLARE AS FOLLOWS:

    1.    I am an attorney in the law firm of Venable, Baetjer, Howard, & Civiletti LLP, counsel to Mrs. Pamela Ward, Plaintiff, in the above-captioned matter. I am a member in good standing of this Court.

    2.    I submit this Declaration in support of Plaintiff's Bill of Costs submitted in response to the Court's Order dated February 11, 2003.

    3.    Attached hereto as Exhibit A is a true and correct copy of the bill sent to Plaintiff that reflects the reasonable costs and fees associated with Plaintiff's submission of its Motion to Compel Defendant to Respond to Plaintiff's Discovery Requests and Request for Attorneys' Fees.

    4.    Plaintiff is not requesting reimbursement for the entire amount included in Exhibit A, but only those portions that were incurred with the drafting, serving and filing of the above-mentioned motion. Therefore, the commercial messenger costs in the amount $276.96 and the internal reproduction costs in the amount of $210.40 are excluded because Ms. Ward was given a credit for these

items. Likewise, the manuscript in the amount of $13.00, and 0.2 hours of time that I spent on other matters were also not related to the motion and thus were excluded from the Bill of Costs as well.

The amount claimed, $2798.87, reflects the costs billed to Plaintiff in connection with the motion is reasonable for the work performed.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed this twentieth day of March 2003, in Washington, D.C.

Respectfully submitted,

_____
Andrew C. Aitken (Trial Bar No. 06413)
Venable, Baetjer, Howard & Civiletti, LLP
1201 New York Avenue, NW, Suite 1000
Washington, DC  20005-3917
(202) 962-4800