VENABLE, BAETJER AND HOWARD, LLP
*Including professional corporations*

1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21201-2978
(410) 244-7400, Fax (410) 244-7742

Federal ID: 52-0517250

Remit to:
VENABLE, BAETJER AND HOWARD, LLP
P.O. Box 630798
Baltimore, Maryland 21263-0798

# VENABLE
ATTORNEYS AT LAW

MARCH 19, 2003

INVOICE NO.
635819

162829
AITKEN, ANDREW C.

PAMELA WARD
5527 ETTA COURT
COLUMBIA, MD   21045

PROFESSIONAL SERVICES

RENDERED FOR THE PERIOD THROUGH 02/28/03 IN CONNECTION WITH
BREACH OF SETTLEMENT AGREEMENT PER DESCRIPTION ATTACHED.

| | | |
|---|---|---|
| FEES | $ | 2,855.00 |

DISBURSEMENTS

| | | | |
|---|---|---|---|
| 11/08/02 | 11/8/2002 COPY OF THE MANUSCRIPT INV#0235011 (S.BLOODWORTH) | $ | 13.00 |
| | COMMERCIAL MESSENGER | 276.96 | |
| | POSTAGE | 13.33 | |
| | LONG DISTANCE TELEPHONE | 1.54 | |
| | INTERNAL REPRODUCTION COSTS | 210.40 | |

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | 515.23 |

| | | |
|---|---|---|
| TOTAL FEES & DISBURSEMENTS - THIS INVOICE | $ | 3,370.23 |

| | | |
|---|---|---|
| BALANCE DUE FROM PREVIOUS INVOICES | $ | .00 |

| | | |
|---|---|---|
| TOTAL AMOUNT DUE INCLUDING THIS INVOICE | $ | 3,370.23 |



**VENABLE**
ATTORNEYS AT LAW

**VENABLE, BAETJER AND HOWARD, LLP**
*Including professional corporations*

1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21201-2978
(410) 244-7400, Fax (410) 244-7742
Federal ID: 52-0517250

Remit to:
**VENABLE, BAETJER AND HOWARD, LLP**
P.O. Box 630798
Baltimore, Maryland 21263-0798

INVOICE NO.
635819

MARCH 19, 2003

36957.162829
AITKEN, ANDREW C.

PROFESSIONAL SERVICES

AITKEN, ANDREW C.

|  |  | HOURS |
|---|---|---|
| 12/02/02 | PREPARE CORRESPONDENCE TO MR. SULTAN; | .20 |
| 12/03/02 | PREPARE MOTION TO COMPEL, DISCUSS SAME WITH MS. WARD, | .50 |

AITKEN, ANDREW C.                           TOTAL HOURS     .70

BLOODWORTH, SHANNON M

|  |  | HOURS |
|---|---|---|
| 12/03/02 | REVIEW MARYLAND LOCAL RULES; REVIEW CORRESPONDENCE FROM DEFENDANT; DRAFT AND EDIT PROPOSED ORDER FOR MOTION TO COMPEL; DRAFT AND EDIT MOTION TO COMPEL; DRAFT AND EDIT CERTIFICATE OF SERVICE FOR MOTION TO COMPEL; CONFER WITH MR. A. AITKEN REGARDING SAME. | 3.00 |
| 12/04/02 | REVIEW AND EDIT PROPOSED ORDER FOR MOTION TO COMPEL; CONFER WITH MR. A. AITKEN REGARDING SAME; DRAFT AND EDIT MEMORANDUM IN SUPPORT OF MOTION TO COMPEL; CONFER WITH MR. A. AITKEN REGARDING SAME; DRAFT AND EDIT DECLARATION IN SUPPORT OF MOTION TO COMPEL; CONFER WITH MR. A. AITKEN REGARDING SAME; PREPARE EXHIBITS AND OTHER NECESSARY MATERIALS FOR FILING. | 6.50 |
| 12/11/02 | TELEPHONE CALLS WITH CLERK OF COURT REGARDING MOTION TO COMPEL; CONFER WITH MR. A. AITKEN REGARDING SAME. | .80 |
| 12/12/02 | DRAFT LETTER TO JUDGE W. NICKERSON; REVIEW AND EDIT MOTION TO EXTEND DISCOVERY PERIOD; REVIEW AND EDIT ORDER AND MEMORANDUM IN SUPPORT OF SAME; REVIEW AND EDIT MOTION TO COMPEL; REVIEW AND PREPARE MEMORANDUM, ORDER AND CERTIFICATE OF SERVICE IN SUPPORT OF SAME; DRAFT, EDIT AND FILE RULE 104.7 CERTIFICATE IN SUPPORT OF SAME. | 2.50 |

BLOODWORTH, SHANNON M                       TOTAL HOURS   12.80



**VENABLE, BAETJER AND HOWARD, LLP**
*Including professional corporations*

1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21201-2978
(410) 244-7400, Fax (410) 244-7742

Federal ID: 52-0517250

Remit to:
**VENABLE, BAETJER AND HOWARD, LLP**
P.O. Box 630798
Baltimore, Maryland 21263-0798

INVOICE NO.
635819

ATTORNEYS AT LAW

MARCH 19, 2003

PROFESSIONAL SERVICES

TOTAL HOURS                                                    13.50

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing PLAINTIFF'S BILL OF COSTS and the DECLARATION OF ANDREW C. AITKEN, ESQ. IN SUPPORT OF PLAINTIFF'S BILL OF COSTS was served upon Ms. Heather McDonald, this 20th day of March 2003.

Shannon M. Bloodworth